# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Claudine Macaspac, individually, and on behalf of all others similarily situated and the general public | Civil Action No.   17cv1755-H(BLM) |
| Plaintiff, V. | |
| Henkel Corporation | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that the Court grants Defendant Henkel Corporation's motion for judgment on the pleadings and denies Plaintiff Claudine Macaspac's motion for class certification as moot. Judgment entered in favor of Defendant Henkel Corporation. The case is closed.

Date:   6/4/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Haslam
J. Haslam, Deputy